HENRY KUNTZ, Respondent, *v.* PEOPLES' INDUSTRIAL TRADING CORPORATION, Appellant.

*Principal and agent — action for commissions — verdict in favor of plaintiff — new trial denied.*

Appeal by the defendant from a judgment of the Supreme Court, entered in the New York county clerk's office April 28, 1921, upon the verdict of a jury, and also from an order entered May 6, 1921, denying a motion for a new trial.

Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.; Merrell, J., dissenting.

MERRELL, J. (dissenting): The verdict of the jury awarding plaintiff one-third of the profits alleged to have been received by defendant on the sugar and underwear contracts is unsupported by the evidence. It does not appear that either of said transactions was through Lidval, either directly or indirectly. In fact, the evidence is quite to the contrary. As to plaintiff's claim to share in the profit alleged to have been received by defendant on the sale of clothing, the evidence presented a fair question of fact, and we should not interfere with the verdict of the jury which resolved the same to that extent in plaintiff's favor. The judgment and order should, therefore, be reversed, and a new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered, including costs of the trial, to the sum of $1,751.13, in which event the judgment, as so modified, and the order appealed from should be affirmed, without costs.

———

VIOLA TEWKSBURY, Respondent, v. BROADWAY AND 165TH STREET REALTY COMPANY, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the ground that the conditions did not create a nuisance and that no actionable negligence was proven. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LILLY SCHWARZ, an Infant, by MAX SCHWARZ, Her Guardian ad Litem, Respondent, v. CHARLES E. CHALMERS, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant. MAX SCHWARZ, Respondent, v. CHARLES E. CHALMERS, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.— Orders affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

In the Matter of JACOB APPELL, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

In the Matter of JACOB APPELL, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

In the Matter of the Application of GEORGE McANENY and Others, Constituting the TRANSIT COMMISSION, etc. (Applications 3 and 4.) — Motions granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES JOSEPH LARKIN, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.